**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1157**

NICOLE LAWTONE-BOWLES,

        Plaintiff - Appellant,

    v.

LIBERTY UNIVERSITY ONLINE ET AL.; LIBERTY UNIVERSITY SCHOOL
OF HEALTH SCIENCES ET AL.; HAYNIE BRENDAN; HEIDI DIFRANCESCA,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at
Lynchburg.  Norman K. Moon, Senior District Judge.  (6:24-cv-00048-NKM)

Submitted:  June 17, 2025                    Decided:  September 19, 2025

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nicole Lawtone-Bowles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole Lawtone-Bowles appeals the district court's order granting Defendants' motion to dismiss her civil claims, which include discrimination and retaliation claims brought pursuant to Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d to 2000d-7, the American with Disabilities Act, 42 U.S.C. §§ 12181 to 12189, and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. §§ 794 to 794a.  We have reviewed the record and find no reversible error.  *See Barnhill v. Bondi*, 138 F.4th 123, 131 (4th Cir. 2025) (explaining that a "complaint can only survive a motion to dismiss where its factual allegations, not conclusions, raise a right to relief above the speculative level, thereby nudging the claims across the line from conceivable to plausible" (internal quotation marks omitted)).  Accordingly, we affirm the district court's order.  *Lawtone-Bowles v. Liberty Univ. Online*, No. 6:24-cv-00048-NKM (W.D. Va. Feb. 12, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2